UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STAAR,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF AMADOR,<br><br>        Defendant. | No. 2:17-cv-0974-MCE-KJN PS<br><br>ORDER |

On May 11, 2017, the magistrate judge filed findings and recommendations (ECF No. 3), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 26, 2017, Plaintiff filed objections to the findings and recommendations (ECF No. 4), which have been considered by the Court.

This Court reviews de novo those portions of the proposed findings of fact to which an objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981); see also Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009). As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the matter on the applicable law. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d

452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations, except to the extent they recommend dismissal without leave to amend.  Rather, the Court finds that granting leave to amend is appropriate here, only so that Plaintiff may amend her complaint to state a cognizable federal claim of due process and/or equal protection violations.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 3) are ADOPTED.
2. Plaintiff's complaint is DISMISSED with 20 days leave to amend.
3. Plaintiff's request for TRO (ECF No. 1) is DENIED.

IT IS SO ORDERED.

Dated:  June 22, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE